UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60195-CIV-SINGHAL

GARFIELD SPENCE,

Plaintiff,

v.

BEACON LIGHT PARTNERS LTD,

Defendant.
_______________________________________/

## ORDER

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal of Defendant, Beacon Light Partners Ltd. (DE [6]). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this cause stands **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and attorney's fees, unless otherwise agreed. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 16th day of February 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF